UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>     v.<br><br>BRAIDEN F. WILSON et al.,<br><br>                     Defendants. | CASE NO. 2:24-cr-00093-LK<br><br>ORDER CONTINUING TRIAL DATE |

       This matter comes before the Court on the parties' Stipulated Motion to Continue Trial from August 5, 2024 to December 16, 2024 and to continue the pretrial motions deadline from June 27, 2024 to November 4, 2024. Dkt. No. 34.[1]

       The parties request a continuance because the Government is continuing to obtain and produce discovery. *Id.* at 3. Furthermore, "[b]oth defendants agree that . . . December 16, 2024, is the earliest this case could realistically be ready for trial[.]" *Id.* Defendant Chandler Bennett has

---

[1] The Court notes that the parties filed their motion on the due date for pretrial motions in violation of Local Criminal Rule 12(b)(10). The Court cautions the parties that future untimely motions may be denied.

ORDER CONTINUING TRIAL DATE - 1

waived speedy trial rights through December 31, 2024. Dkt. No. 36 at 1. Defendant Braiden Wilson has waived speedy trial rights through January 15, 2025. Dkt. No. 35 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). In addition, the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by. *Id.* § 3161(h)(7)(B)(ii). The Court finds that the additional time requested is a reasonable period of delay and is necessary to provide counsel sufficient time for effective preparation.

For these reasons, the Court GRANTS the motion, Dkt. No. 34, and ORDERS that the trial date shall be continued from August 5, 2024 to December 16, 2024 and the pretrial motions deadline shall be continued from June 27, 2024 to November 4, 2024. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendants' trial must commence under the Speedy Trial Act.

Dated this 1st day of July, 2024.

Lauren King
United States District Judge